**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**FRANCISCO RAFAEL ZAYAS SEIJO**                      Case No.  **21-03259-EAG**

                                   **Chapter 13**       Attorney Name:  **CARLOS TEISSONNIERE RODRIGUEZ***

| | |
|---|---|
| **I. Appearances** | **Date & Time:** 11/30/2021 11:00:00AM |
| **Debtor**              [X] Present     [ ] Absent | [X] R     [ ] NR    LV:  $105,721 (preliminar |
| **Joint Debtor**        [ ] Present     [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| **Attorney for Debtor** [X] Present     [ ] Absent | **Creditors:** |
| [ ] Prose | |
| [ ] Appearing: | Antonio J Cabrero Muniz by Juan B Soto Balbáf, Esq. |
| | US Trustee by Julio Guzman, Esq. |
| **II. Oath Administered** | Department of Treasury by Ms. Carla Rodríguez |
|     [X] Yes            [ ] No | |

**III. Plan**

Date: 11/29/2021      Base:  $414,469.00    Payments 0 made out of 1 due.

Confirmation Hearing Date:   1/14/2022  2:30:00PM

Evidence of Pmt shown:

---

**Attorney's fees as per R. 2016(b)**

    $4,000.00  -  $1,600.00  =  $2,400.00

**IV. Status of Meeting**

[ ] Closed     [ ] Not Held     [X] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:   12/14/2021  1:00:00PM

Comments:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear:  [ ] Commence payments

[ ] Keep payments current  [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

FRANCISCO RAFAEL ZAYAS SEIJO     Case No.  21-03259-EAG

                                 Chapter 13     Attorney Name:  CARLOS TEISSONNIERE RODRIGUEZ*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| | [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal - years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

FRANCISCO RAFAEL ZAYAS SEIJO

Case No. 21-03259-EAG

Chapter 13    Attorney Name:   CARLOS TEISSONNIERE RODRIGUEZ*

Trustee's objection to confirmation

[ ] Objection to Confirmation
[ ] Oral objection by creditor

ACP: 5    HH: 2    LINE 45: -1,518.29

All mandatory qustions were made; pending to questions by Creditor.  Treasury informs that debtor failed to filed IVU Tax Returns.

- The 1st installment of the plan has not been made. Debtor is advised that due on $2,120.

- INSUFFICIENT FUNDED, §1325 (b):
Amended plan filed at dkt 14 is insufficiently funded to pay secured creditors.

- FAILS LIQUIDATION VALUE TEST, §1325(a)(4):
Per trustee's analysis the plan needs to provide and pay 100% plus interest to all general unsecured creditors.  Plan does not comply with the best interest of creditors test.

- DOES NOT PROVIDE FOR SECURED CREDITOR, §1325(a)(5):
 Plan does not provide for the following creditors:   Schedule D disclose 2 accounts for this creditor ; Primera Cooperativa Claim #1 and #2; both accounts have shares and for the direct payment to coop Emp. Agen. Agricola. The amount of the payment is not clear on paystubs provided.

- Other:
a)  Schedule J listed expenses for properties related to lot of land Bo. Mameyes, Jayuya and Commercial building Ave. Fagot. (See line 6d) plan provides for the payment in full of this properties.

b) Appears that debtor receive income from rent $400 as disclosed on schedule I line 8a schedule G does not disclose any information.

c) Debtor has listed life insurance expense in the amount of $390. Does this insurance have any cash value? If so, provide evidence. Also, at line 15d "seguro Jayuya" in the amount of $86.00.

d) Trustee notes that BPPR has filed their claim without evidence of security.

e) Treatment on part 3.1 to Coop Oriental regarding the Toyota Tacoma; 3.2 of the plan for creditor Antonio Cabrero for debt over properties at Jayuya and Fagot Real estate and treatment on part 3.7 for Oriental bank does not

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

FRANCISCO RAFAEL ZAYAS SEIJO

Case No. 21-03259-EAG

Chapter 13  Attorney Name: CARLOS TEISSONNIERE RODRIGUEZ*

conform the official form LBF-G of the plan.

f) Plan does not include the suggested tax refund text on part 8 of the plan: Tax refunds, if any, will be devote each year, as periodic payments, to the plan's funding until plan completion and creasing the base thereby without the need of further notice, hearing or court order.

**Disposable Income**
Step up that comes from the sale of the property of Jayuya and fagot is in the amount of $249,000. Plan needs to bifurcate amounts. Amend accordingly.

None of the 2 accounts listed with BPPR are identified as check or savings.

Schedule J discloses pet expenses of $100 no pets has been disclosed in A/B.

NOTE: Part 4 of the SOFA discloses a Tort that is pending between debtor and Antonio Cabrero - per testimony, action has a judgement entered

Provide evidence of the expenses listed on SCMI line 22 Additional healthcare of $400; line 23 optional telephone $400; line 27 protection against family $80; line 33d shares with AEELA ($650), Jayuya Coop ($25), Credi Centro ($212.30), Coop Padre Mc Donald ($31.67) and Coop Oriental ($43.98); line 43 deduction for special circumstances: Maintenance for the 3 properties $800; pet expenses $100; seg Alhambra $133 and seg Jayuya $86. This could impact line 45.

The following party(ies) object(s) confirmation:

s/Elvis Cortes  Date: 11/30/2021

Trustee/Presiding Officer  (Rev. 05/13)