# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 21-03259 EAG** |
| **FRANCISCO ZAYAS SEIJO** | **CHAPTER 13** |
| **DEBTOR** | |

## NOTICE OF §341 MEETING CONTINUANCE

### TO THE HONORABLE COURT:

**COME NOW** debtor, represented by the undersigned attorney and respectfully represent and pray as follows:

1.  Notice is hereby given that the 341 meeting is going to be held on December 28,2021 at 1:40 p.m . via telephonic conference information for Chapter 13 Trustee Alejandro Oliveras, Esq. Meeting will be telephonic. To attend, dial : 877-505-2913 and enter:7060224 when prompted for participation code. Contact the trustee to obtain instructions.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to all parties in interest, including but not limited to: Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, P.R. 00906, and Trustee Alejandro Oliveras, Esq .will serve by regular mail this documen0t to any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, December 13, 2021

```
/s/CARLOS TEISSONNIERE RODRIGUEZ
USDCPR 225612
Ave Las Americas 1883
Ponce, P.R. 00728
Tel: 787-841-8027
```

1

```
Fax: 787-841-7006
teissonniere.carlos@gmail.com
```