**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**FRANCISCO RAFAEL ZAYAS SEIJO**<br>xxx–xx–7702<br><br>Debtor(s) | Case No. **21–03259 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/25/22 |

***ORDER***

The motion filed by Antonio Cabrero Muniz requesting order under Banrkruptcy Rule 2004 (docket #48) is hereby granted .

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Tuesday, January 25, 2022 .

*Edward A. Godoy*
United States Bankruptcy Judge