## IN THE UNITED STATES BANRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:                          CASE NO. 21-03259 EAG

FRANCISCO ZAYAS SEIJO                      CHAPTER 13

DEBTOR

## MOTION TO INFORM

**TO THE HONORABLE COURT:**

Come now Debtor, represented by the undersigned attorney, and very respectfully avers and prays as follows:

**1.**    That the debtor is submitting the details of how the lump sum proposed to me paid in the plan was reached:

Property in Jayuya appraisal value is 159,000.00 less 4281.00 owed to CRIM the net equity is 154719.00;

Property in Jardines Fagot Ponce appraisal value is 220,000.00 lees 42147.00 owed to Oriental Bank; the net equity is 177853.00;

Net equity of Jayuya 154719.00 plus net eqity of Jardines Fagot Ponce 177853.00 is equal to 332572.00. Please refer to page 2 of the amended plan dated 01-13-2022 filed at docket 39. .

**WHEREFORE** debtors pray from this Honorable Court to grant this motion.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM∕ECF system which will send notification, upon information and belief, of such filing to: Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office; Chapter 13 Trustee Alejandro Oliveras, Esq. We will serve by regular mail this document to any the above-named persons, upon knowing that they are non CM∕ECF participants.

−2−

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico this January 28, 2022.

**By:  _/s/_*Carlos Teissonniere Rodriguez*__
CARLOS TEISSONNIERERODRIGUEZ
USDC No. 225612
Ave. Las Americas 1883
Ponce, Puerto Rico 00728
Tel: (787) 841-8027
Fax: (787) 841-7006
e-mail: teissonniere.carlos@gmail.com