IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FRANCISCO RAFAEL ZAYAS SEIJO

DEBTOR(S)

CASE NO. 21-03259-MAG

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5 years.

2. The liquidation value of the estate is : $ 0.00.

3. The general unsecured pool is : $ 0.00.

AMENDED PLAN DATE: February 11, 2022      PLAN BASE: $531,809.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 3/1/2022

[ ] FAVORABLE        [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

Per amended plan debtor has $1,200 in arrears up to and including February 2022.

**[X] OTHER:**

(a) Debtor to inform on the record if an accountant conducted accounting services for the Fagot real property within 2 years prior to petition. (b) Part 2.1 provides a lump sum of $332,572 in month 25 of the plan. The mentioned amount comprises of a lump sum plus the monthly payment, which comment should appear in the plan. Also, the lump sums to be tendered in Month 25 come from the sale of real property in Jayuya PR, from which debtor estimates that $154,719 will be tendered to trustee. The amount of $154,719, needs to be revised by the debtor because the property value of $159,000 minus $4,760 owed to the CRIM comes up to $154,240. Also, trustee understands that the debt of CRIM, which is pre-petition, should not be deducted because trustee is to disburse the pre-petition debt to CRIM. (c) Debtor is asked to review provision in Item no. 5 of part 8 so that it is clear that the real properties to be reassessed when debtor sells them are the one in Fagot, Ponce, Puerto Rico and the one in Jayuyas, Puerto Rico.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: CARLOS TEISSONNIERE

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
LEGAL - MS