IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-03259 MAG |
|---|---|
| FRANCISCO ZAYAS SEIJO | CHAPTER 13 |
| DEBTOR | |

MOTION FOR CONTINUANCE

TO THE HONORABLE COURT:

COMES NOW Debtors, represented by the undersigned attorney, and represents as follows:

1. On October 29, 2021, debtor filed the bankruptcy petition, schedules and Chapter 13 plan, for the above-captioned matter

2. The amended chapter 13 plan was file on April 6, 2022; docket 82.

3. The hearing for confirmation of the chapter 13 is scheduled for April 20, 2022

4. The debtor's attorney is trying to solve the pending issues and provide the documents as soon as possible. The pending issue is: debtor arrears with Banco Popular mortgage payments.

5. We respectfully request, from this Honorable Court, that the hearing be rescheduled to a future date in order to allow time, at least 30 days to the debtor, to solve the issues that are pending to be solved.

**WHEREFORE** applicants pray from this Honorable Court to reschedule the Hearing for a future date.

**I HEREBY CERTIFY** that on this same date a true copy of this motion has been sent by regular mail to: Chapter 13 Trustee Alejandro Oliveras, Esq. and to all creditors in the master list attached to their mailing address.

1

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, April 19, 2022.

/S/CARLOS TEISSONNIERE RODRIGUEZ
USDCPR 225612
Ave Las Americas 1883
Ponce, P.R. 00728
TEL: 787-841-8027
FAX: 787-841-7006
Teissonniere.carlos@gmail.com